FILED
2024 Jun-12 PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Mikala Pearson
_____
*Plaintiff,*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Fedsync
_____
*Defendant(s),*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

FILED

2024 JUN 11 P 1:03

U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No.: 5:24-CV-760-MHH
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

**A.     The Plaintiff**

Name               Mikala Pearson

Street Address     4095 Lawsons Ridge Dr. Apt. 2015

City and County    Madison

State and Zip Code  AL 35757

Telephone Number   (256) 685-1989 mikala.maria25@gmail.com

E-mail Address *(if known)*  mikalamaria.25@gmail.com

☑ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

6/11/2024
_____
**Date**

Mikala Pearson
_____
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Fedsync |
| Job or Title *(if known)* | |
| Street Address | 5680 King Centre Dr. Suite 600 |
| City and County | Alexandria |
| State and Zip Code | Virginia 22315 |
| Telephone Number | 1(877)-523-7059 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

C.     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Marshall Space Flight Center |
| Street Address | Martin Rd SW, Huntsville |
| City and County | Huntsville |
| State and Zip Code | AL 35808 |
| Telephone Number | (800)637-7223 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☑ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

_03/4/2024, 03/5/2024, 03/6/2024,_
_03/7/2024_

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me

☑    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____

*(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*_____

E.    The facts of my case are as follows. Attach additional pages if needed. _____

_____Please See attachment._____

_____

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**Summary of Employment and Issues at FedSync**

In January 2023, I began working as a Secretary II Contractor providing administrative support to the Marshall Space Flight Center. In February 2024, Dual Administrative Support Services (FedSync) took over as the primary contractor, and I was promoted to Secretary III within the same Department (Space Launch System), assuming additional responsibilities while continuing my previous tasks.

On March 4th, I reported to my manager, Sara Alders, that my supervisor, Ms. Claire Bolton, had made me feel uncomfortable and discriminated against me. This was related to ongoing issues with a coworker, Yvonne Barbour, who frequently flagged my assignments without explanation, causing significant emotional distress and interfering with my job responsibilities. When I raised these concerns with Ms. Bolton, she responded angrily, suggested that I could be easily replaced, and demanded that I undergo further training, which I felt was punitive.

On March 5th, I discovered that my NASA computer access had been blocked, preventing me from performing my duties or accessing my work email. Upon contacting the NASA Enterprise Service Desk, I was informed that my manager, Sara Alders, had blocked my account. Despite being sick with COVID-like symptoms and teleworking, I took my laptop to NASA technicians who confirmed this. Subsequently, Sara Alders informed me via email that my NASA access was revoked and that I was placed on unpaid administrative leave without prior notice.

Confused and believing this action to be unjustified, I expressed my concerns to Sara Alders and indicated my intention to file an EEOC complaint. Shortly thereafter, on March 7th, 2024, I was terminated from my position.

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☑    issued a Notice of Right to Sue letter, which I received on *(date)*: _____
                    04/23/2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed

☐    less than 60 days have elapsed

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attachment.

Your Honor,

I respectfully request that the court impose punitive damages totaling $300,000 against the company Fedsync. This substantial amount is necessary to deter the company from engaging in similar behavior in the future. Their actions have caused significant emotional trauma and distress, and have severely damaged my reputation. The punitive damages will serve as a strong message that such conduct is unacceptable and will not be tolerated.

Additionally, I seek relief in the amount of $19,861.53. This sum represents the financial losses I incurred following the repossession of my vehicle. The repossession has not only caused economic hardship but has also affected my ability to carry out daily activities and responsibilities.

In conclusion, I ask the court to consider both the punitive damages and the specific financial relief requested. These measures are crucial to address the harm done and to prevent Fedsync from causing similar harm to others in the future. Thank you for your consideration.

Respectfully, Mikala Pearson

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _Mikala Pearson_
6/11/2024

Signature of Plaintiff: _Mikala Pearson_

Printed Name of Plaintiff: _Mikala Pearson_

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Mindy E. Weinstein, 131 M Street, NE Fourth Floor Suite 4NWO2F, Washington, DC 20507.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 570-2024-02274 to the District Director at Mindy E. Weinstein, 131 M Street, NE Fourth Floor Suite 4NWO2F, Washington, DC 20507.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



**Sara Alders**
to me, Mikala

Mikala,

All NASA access will be revoked, and you will be place on unpaid administrative leave until further notice. We need you to contact HR@pmo.fedsync.net to schedule a time for a touchpoint in which we will discuss actions further.

Thank you,



**Sara Alders**
**Human Resources Manager/Lead**
Mobile. (202) 505-2771
Fax: (866) 729-7254
E-mail: salders@pmo.fedsync.net
8(a) | 8A-OASIS 8A-STARS 3 | 8A-OASIS Pool
2 | GSA MAS | ISO 9001:2015

This e-mail may contain confidential and/or privileged information protected under federal and state law.
If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately
and destroy this e-mail. Any unauthorized copying, disclosure, or distribution of the material in this e-mail is strictly forbidden.

    

NASA STENNIS SPACE CENTER SMALL BUSINESS OF THE YEAR 2022



**Mikala Pearson** mikala.marie2 Wed, Mar 6, 4:04 PM (2 hours ago)
to Sara

Good afternoon, I intended to speak with you this morning. I was very busy yesterday and I had a sore throat. I was unable to reach out to you today as I intended to do so, but you blocked my NASA NDC account. I find your actions aggressive, and unjustified. I will be following up with an EEOC Complaint as I feel my rights have been violated. Thank you and have a great day.

...

2 Attachments · Scanned by Gmail

 




EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 570-2024-02274 |

| **Alexandria Office Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mikala Pearson | (256) 685-1989 | |

Street Address

4095 Lawsons Ridge Dr, APT 2015

Madison, AL 35757

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| FEDSYNC | 15 - 100 Employees | (202) 372-2501 |

Street Address

5680 KING CENTRE DRIVE SUITE 600

ALEXANDRIA, VA 22315

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                                          City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Retaliation | 03/07/2024 | 03/07/2024 |

Received by EEOC Washington Field Office Date 04-17-2024

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around March 1, 2024, I was hired as a Secretary III with the above-named employer. On March 4, 2024, I sent an email to my Federal Contract Manager Clare Botten to inform her that I felt that I was constantly being harassed by my coworker Yvonne Barbara. It seemed that she was intentionally provoking me by flagging my work, instead of talking to me about the work I was doing wrong. On March 5, 2024, I discovered that my laptop was not working. I contacted NASA technician to see what was wrong with my laptop. I was informed that I was blocked from Respondent. I was later told by HR that I was going to be placed on unpaid administrative leave. I informed them that I would be filing an EEOC complaint. On March 7, 2024, I was terminated. The reason for termination was due to my demeanor and refusal of training.

I believe that I was retaliated against for engaging in protected basis in violation of Title VII of The Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/17/2024                     *Nikola Pearson*<br>Date                          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Page 1 of 2

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**U.S. Department of Labor**   Office of Federal Contract Compliance Programs
Mid-Atlantic Regional Office
1835 Market Street, Suite 2000
Philadelphia, PA 19103



VIA ELECTRONIC MAIL (mikalamaria25@gmail.com)

March 21, 2024

Mikala Pearson
4095 Lawsons Ridge Drive, Apt 2015
Madison, AL 35757

Complaint Reference Number: I00312241

Dear Mikala Pearson:

This is to acknowledge receipt of your complaint against FedSync alleging a violation of Executive Order 11246, as amended (EO 11246).

Under the provisions of a Memorandum of Understanding Between the Office of Federal Contract Compliance Programs (OFCCP) and the U.S. Equal Employment Opportunity Commission (EEOC) effective (November 3, 2020) we are forwarding the complaint to EEOC for processing under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

Title VII requires us to provide the employer against whom a complaint is filed with a notice of filling. Enclosed is a copy of the notice forwarded to FedSync concerning your complaint.

We have closed your complaint because it alleges individual discrimination covered by Title VII. We have referred your complaint, in its entirety, to the EEOC at:

> Mindy Weinstein, Director
> Equal Employment Opportunity Commission
> 131 M Street, NE
> Fourth Floor, Suite 4NWO2F
> Washington, DC 20507-0100
> Phone: 1-8800-669-4000

EEOC will notify you about any further action regarding your complaint. Any questions you may have may be directed to EEOC at the contact information provided above. This concludes our processing of your complaint.

Sincerely,

*Marlene Brusco*

For BROOKE SENSENIG
Director of Regional Operations
Mid-Atlantic Regional Office

Enclosure: 10-Day Notice to Employer/Contractor

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/23/2024

**To:** Mikala Pearson
4095 Lawsons Ridge Dr, Apt. 2015
Madison, AL 35757

Charge No: 570-2024-02274

EEOC Representative and email:    GANIAT OLUSEKUN
Investigator
ganiat.olusekun@eeocgov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2024-02274.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
04/23/2024
Mindy E. Weinstein
Director

**Cc:**
Calvin Kalaf
DASS Administrative Support Services
5680 King Centre Drive Suite 600
Alexandria, VA 22315


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 570-2024-02274 to the

**U.S. Department of Labor**     Office of Federal Contract Compliance Programs
Mid-Atlantic Regional Office
1835 Market Street, Suite 2000
Philadelphia, PA 19103



VIA ELECTRONIC MAIL *(rahul.jindal@fedsync.net)*

Rahul Jindal, CEO
FedSync
5680 King Centre Drive, Suite 600
Alexandria, VA 22315

Complaint Reference Number: I00312241

Dear Rahul Jindal:

This is to notify you that on March 7, 2024, we received a complaint from Mikala Pearson alleging a violation of Executive Order 11246, as amended (EO 11246).

Under the provisions of a Memorandum of Understanding Between the Office of Federal Contract Compliance Programs (OFCCP) and the U.S. Equal Employment Opportunity Commission (EEOC) effective (November 3, 2020). We are forwarding the complaint to EEOC for processing under Title VII of the Civil Rights Act of 1964, as amended (Title VII). Title VII requires us to send you notice of the filing.

The complainant alleges that FedSync engaged in unlawful discrimination due to retalitory practices that led to the termination of the complainants. The complainant alleges their termination was in retaliation for complaining about workplace harrassment from a coworker. In addition, the complainant alleges that they were terminated for expressing their concerns about feeling discriminated against to management and also advising management of their intention to file an EEO complaint.

We have closed the complaint because it contains matters better suited to investigation and resolution by the EEOC under one or more of the laws it enforces. The complaint, in its entirety, has been transferred to the EEOC for investigation.

Please be advised that both OFCCP and EEOC regulations require that you retain all records pertinent to this complaint and ensure that there is no retaliation because of this complaint.

In the event this complaint was filed with the EEOC under Title VII, you may receive a similar notice from the EEOC. If so, please contact the EEOC at 1-800-669-4000 immediately to resolve the matter.

Sincerely,

*Marlene Brusco*

For BROOKE SENSENIG
Director of Regional Operations
Mid-Atlantic Regional Office

3:45

# URGENT! FedSync Corporate Touchpoint  Inbox

 **Sara Alders** 2:47 PM
to me, Human ⌄

Mikala,

All NASA access will be revoked, and you will be place on unpaid administrative leave until further notice. We need you to contact HR@pmo.fedsync.net to schedule a time for a touchpoint in which we will discuss actions further.

Thank you,



**Sara Alders**

**Human Resources Manager/Lead**
Mobile: (202) 505-2771

Fax: (866) 729-7254
E-mail: salders@pmo.fedsync.net
8(a) | 8A-OASIS 8A-STARS 3 | 8A-OASIS
Pool 2 | GSA MAS | ISO 9001:2015

This e-mail may contain confidential and/or privileged information protected under federal and state law.

If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately

and destroy this e-mail. Any unauthorized copying, disclosure, or distribution of the material in this e-mail is strictly forbidden.



